```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────────────
M.R., INDIVIDUALLY AND ON BEHALF OF
Q.T.,                                          20-cv-9631 (JGK)

                Plaintiff,                     ORDER

        - against -

NEW YORK CITY DEPARTMENT OF
EDUCATION, NEW YORK CITY BOARD OF
EDUCATION, AND CHANCELLOR RICHARD
CARRANZA,

                Defendants.
─────────────────────────────────────
```

JOHN G. KOELTL, District Judge:

   The parties are instructed to file a Rule 26(f) report by December 18, 2020.

SO ORDERED.

Dated:   New York, New York
         December 8, 2020

                                    /s/ John G. Koeltl
                                       John G. Koeltl
                              United States District Judge