# THE LAW OFFICE OF
# ELISA HYMAN, P.C.

April 19, 2021

**BY ECF**
Hon. John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

APPLICATION GRANTED
SO ORDERED
/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
4/20/21

    Re: *M.R. et al., v. New York City Department of Education, et al.,*
        1:20-cv-09631 (JGK)(KNF)

Dear Judge Koeltl:

    I represent the Plaintiffs in the above-referenced action and write jointly with Defendants' counsel to request a one-day extension of time to submit the status letter as per the Court's last order. *See* Docket Entry 23. We apologize for the timing of this request. The parties are still negotiating relevant issues pertaining to the status, including a matter that Plaintiffs assert is an emergency concerning implementation of the orders at issue.

    The parties respectfully request permission to submit the status update tomorrow.

    Thank you for Your Honor's consideration of this request.

                                                    Respectfully Submitted,

                                                    */s/ Elisa Hyman*

                                                    Elisa Hyman
                                                    Counsel for the Plaintiffs

cc:    Copatrick Thomas, Esq.
        Assistant Corporation Counsel
        Counsel for the Defendants

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-20-21

1115 BROADWAY, 12TH FL.
NEW YORK, NY 10010

42 WEST 24TH STREET, 2ND FLOOR
NEW YORK, NY 10010

WWW.SPECIALEDLAWYER.COM