```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――――

M.R. ON BEHALF OF HERSELF AND ON
BEHALF OF HER CHILD, Q.T.,                    20-cv-9631 (JGK)

            Plaintiff,                   <u>ORDER</u>

    - against -

NEW YORK CITY DEPARTMENT OF
EDUCATION, ET AL.,

            Defendants.
―――――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

The parties are directed to file a Fed. R. Civ. P. 26(f) report by **January 14, 2022.**

**SO ORDERED.**

Dated:  New York, New York
       December 17, 2021            <u>    /s/ John G. Koeltl    </u>
                                           John G. Koeltl
                               United States District Judge