UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

M.R., ET AL.,

                Plaintiffs.

- against -

NEW YORK CITY DEPARTMENT OF
EDUCATION, ET AL.,

                Defendants.

20-cv-9631 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

As discussed on the conference held today, the parties are directed to submit a letter to the Court by February 7, 2022, regarding their recommendations with respect to the status of the case.

SO ORDERED.

Dated:    New York, New York
           February 1, 2022

                                        John G. Koeltl
                                   United States District Judge