UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
M.R.,

                                Plaintiff,            **ORDER**

      -against-                                20-CV-9631 (JGK) (JW)

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                                Defendant.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

A hearing in this action was held on April 25, 2022. The Parties agreed to the following discovery schedule:

- Initial disclosures will be exchanged by May 25, 2022.
- Initial document requests and interrogatories should be served on or before July 10, 2022.
- Fact depositions will be completed by February 8, 2023.
- Fact discovery will close by March 8, 2023.
- Expert discovery will end by May 8, 2023.
- Pre-motion conference requests will be submitted by May 24, 2023.

Should any discovery disputes arise in the interim, the Parties are encouraged to raise their concerns with the Court in an expeditious manner. If the Parties are interested in Settlement, they may reach out to the Court at the Chambers email with three mutually-agreed upon dates.

      SO ORDERED.

DATED:    New York, New York
               April 25, 2022

                                                      JENNIFER E. WILLIS
                                                      United States Magistrate Judge