

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**DARIAN ALEXANDER**
Phone: (212) 356-2174
daalexan@law.nyc.gov

> This request is GRANTED. The settlement conference is adjourned to March 20, 2024 at 11:30am. The conference will be held remotely by video. The Court will email the Parties with meeting details in advance of the conference. SO ORDERED.
>
> */s/ Jennifer E. Willis*
> Jennifer E. Willis
> United States Magistrate Judge
> January 24, 2024

**BY ECF**
The Honorable Jennifer E. Willis
United States District Court
Southern District of New York
40 Foley Square
New York, New York  10007

Re: *M.R., et al. v. New York City Department of Education, et al.,* 20-cv-9631 (JHR)(JW)

Dear Judge Willis:

   I am the Assistant Corporation Counsel in the Office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, assigned to represent Defendants in the above-referenced action. I write jointly with counsel for Plaintiffs, Elisa Hyman, Esq., to request that Your Honor adjourn the settlement conference currently scheduled for January 25, 2024.

   By joint letter motion dated December 29, 2024, the parties, *inter alia*, requested an attorneys-only settlement conference. (Dkt. No. 65.) By Order dated January 2, 2024, Your Honor tentatively scheduled a settlement conference for January 25, 2024, and directed the parties to email Chambers to explain the rationale behind their request that the conference by attorneys-only. (Dkt. No. 66.) By joint letter motion dated January 5, 2024, the parties noted that there was a conflict on the scheduled settlement conference date, and requested a brief extension of time to email Chambers as required. (Dkt. No. 68.) By Order dated January 10, 2024, Your Honor denied the that request as moot and directed the parties to file a request to adjourn the settlement conference date by January 16, 2024. (Dkt. No. 68.) By letter motion dated January 16, 2024, Defendants requested, without objection from Plaintiffs, that Your Honor extend by one-week, to January 23, 2024, the parties' deadline to propose alternative dates for the settlement conference. (Dkt. No. 69.) By Order dated January 18, 2023, Your Honor granted that request. (Dkt. No. 70.)

   The parties have conferred and wish to propose the following alternative dates for a settlement conference: March 18, 2024 (after 1:30 p.m.); March 19, 2024; or March 20, 2024. Additionally, the parties affirmatively note that they no longer request that the settlement conference be attorneys-only, and Plaintiffs respectfully request, with Defendants' consent, that

M.R. and I.R.F. (the "Student," formerly known as Q.T.) be permitted to attend the settlement conference remotely by phone or video. According to Plaintiffs' counsel, I.R.F. lives in Texas and has extremely limited finances. M.R. has limited days that she can take off from work, and while she will do her best to ensure that she reserves at least one personal day on which she could attend the conference in person, Plaintiffs are requesting the option of remote attendance for M.R. in case M.R is unable to miss work.

        Thank you for Your Honor's consideration of these requests.

        Respectfully,

        /s/
        Darian Alexander
        Assistant Corporation Counsel

**CC:**   **BY ECF**
      *all counsel of record*