

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **DARIAN ALEXANDER**<br>Phone: (212) 356-2174<br>daalexan@law.nyc.gov |

March 13, 2024

**BY ECF**
The Honorable Jennifer E. Willis
United States District Court
Southern District of New York
40 Foley Square
New York, New York  10007

      Re:  *M.R., et al. v. New York City Department of Education, et al.,* 20-cv-9631 (JHR)(JW)

Dear Judge Willis:

      I am the Assistant Corporation Counsel in the Office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, assigned to represent Defendants in the above-referenced action. I write to respectfully request that Your Honor adjourn the settlement conference scheduled for March 20, 2024. Counsel for Plaintiffs, Elisa Hyman, Esq., consents to this request.

      By joint letter motion dated January 23, 2024, the parties requested that Your Honor adjourn the settlement conference in this matter. (Dkt. No. 71.) By Order dated January 24, 2024, Your Honor granted that request and re-scheduled the settlement conference for March 20, 2024, to be held remotely by video. (Dkt. No. 72.) In accordance with Paragraph 8 of Your Honor's Standing Order for All Cases Referred for Settlement, Defendants now respectfully request a further adjournment of the settlement conference. Defendants are endeavoring to obtain settlement authority from the Office of the Comptroller as soon as possible, but they have not yet obtained authority. The requested adjournment would afford Defendants additional time to obtain authority and convey an offer to Plaintiffs. Thereafter, Defendants expect that they would be able to engage in a productive settlement dialogue with Plaintiffs and the Court at an as-rescheduled conference.

      Plaintiffs consent to this request, and counsel for the parties have conferred regarding proposed alternative dates for the conference. Accordingly, Defendants, as well as counsel for both parties, are available on April 22 (until 5:30 p.m.), April 23, and April 24 (after 2

p.m.).¹ Plaintiffs' counsel is confirming that Plaintiffs themselves are available at these dates/times as well. Defendants (or the parties) will promptly inform the Court once that is confirmed, and will propose an alternate date or dates if Plaintiffs' counsel learns that Plaintiffs themselves are not available on the dates now proposed.

        Thank you for Your Honor's consideration of this request.

        Respectfully,

/s/ _____
Darian Alexander
Assistant Corporation Counsel

**CC:**   **BY ECF**
*all counsel of record*

---

The adjournment request is GRANTED. The Court is unavailable on the dates proposed by counsel. The Parties are directed to meet and confer regarding dates in May or June, and email Courtroom Deputy Christopher Davis at WillisNYSDChambers@nysd.uscourts.gov proposing new dates for the settlement conference. SO ORDERED.

*Jennifer E. Willis* (signature)
Jennifer E. Willis
United States Magistrate Judge

March 18, 2024

---

¹ Your Honor's Order dated January 24, 2024 indicated that the settlement conference would be held remotely by video. (Dkt. No. 72.) Therefore, the parties have proposed the aforementioned dates with the belief that the as-adjourned settlement conference will also be held in that manner. If the conference will instead be held in person, Plaintiffs' counsel have indicated that they will be unavailable on April 24, and that, as before, Plaintiffs would request that Plaintiffs themselves be permitted to attend remotely. (*See* Dkt. No. 71.)