UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
M.R., et al.,

                Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF
EDUCATION
NEW YORK CITY BOARD OF
EDUCATION, AND
CHANCELLOR RICHARD CARRANZA IN
HIS OFFICIAL CAPACITY,

                Defendant.
------------------------------------------------------------------X

**ORDER**

**20-CV-9631 (LTS) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On March 18, 2024, the Court entered an order granting the request to adjourn the March 20, 2024, settlement conference and ordered the Parties to meet and confer regarding potential settlement conference dates in May or June of 2024. Dkt. No. 74. As of May 10, 2024, the Court has not heard from the Parties. The Parties are ordered to meet and confer and file a joint letter by May 17, 2024, providing the court with a status update on whether a settlement conference is still desired and informing the Court of any other discovery issues.

       SO ORDERED.

DATED:    New York, New York
               May 10, 2024

                                                  JENNIFER E. WILLIS
                                                  United States Magistrate Judge