

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**DARIAN ALEXANDER**
Phone: (212) 356-2174
daalexan@law.nyc.gov

November 18, 2025

**BY ECF**
The Honorable Jennifer E. Willis
United States District Court
Southern District of New York
40 Foley Square
New York, New York  10007

    Re:  *M.R., et al. v. New York City Dep't of Educ., et al.,* 20-cv-9631 (LTS)(JW)

Dear Judge Willis:

    I am the Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, assigned to represent Defendants in the above-referenced action. I write to provide an update regarding Defendants' efforts to obtain settlement authority. Additionally, with consent from Plaintiffs, and in light of the parties' continuing settlement efforts, I write to request a stay of summary judgment motion practice.

    As an initial matter, I acknowledge that the settlement process has not proceeded as swiftly as I had hoped. As noted in the parties' letter dated November 3, 2025, Defendants have been reviewing Plaintiffs' revised settlement demand in order to prepare a request for settlement authority to the Office of the Comptroller. Dkt. No. 92. That process has included an ongoing dialogue between this Office and the Department of Education ("DOE") regarding the extent to which DOE is able to accommodate particular requests within Plaintiffs' demand. Defendants are pleased to report that as a result of that dialogue, which continued into today, this Office submitted a formal request for settlement authority to the Office of the Comptroller this afternoon. That submission reflects Defendants' sincere commitment to exploring settlement of this matter, and Defendants remain hopeful that a settlement can be achieved.

    Separately, Defendants' motion for summary judgment is currently due on November 20, 2025. *See* Dkt. No. 91. In light of the parties' continuing desire and efforts to amicably resolve this matter, and the concrete step toward that goal that Defendants have noted above, Defendants respectfully request that the Court stay motion practice while settlement efforts continue. At this time, Defendants request a stay through at least December 3, 2025, the date on which an attorneys-

only videoconference is scheduled. *See* Dkt. No. 93. Plaintiffs consent to this request, and counsel for the parties have additionally discussed the possibility of requesting a further stay on or around the date of the conference, or at the conference. Defendants note that a further stay would avert the need to divert significant time and attention toward litigation simultaneous with, and potentially at the expense of, the parties' settlement efforts.

Thank you for Your Honor's consideration of the foregoing.

Respectfully,

/s/
Darian Alexander
Assistant Corporation Counsel

**CC:** **BY ECF**
*all counsel of record*

---

This request is GRANTED. Defendants' motion for summary judgment is now due on December 10, 2025. SO ORDERED.

*Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge
November 20, 2025