THE LAW OFFICE OF

# ELISA HYMAN, P.C.

November 26, 2025

BY ECF
Hon. Jennifer E. Willis
United States Magistrate Judge
United States Courthouse
Southern District of New York
40 Foley Square
New York, NY 10007

> This request is GRANTED. The conference scheduled for December 3, 2025 is now adjourned to **December 5, 2025 at 2:00 PM.** SO ORDERED.
>
> *Jennifer E. Willis*
> JENNIFER E. WILLIS
> United States Magistrate Judge
> December 1, 2025

Re:    *M.R. et al., v. New York City Department of Education, et al.,*
         1:20-cv-09631 (JHR)(JW)

Dear Judge Willis:

        I am counsel for the Plaintiffs in the above-referenced action. I am writing about the conference scheduled for 11:30 a.m. on December 3, 2025 in the above-referenced matter.

        I found out yesterday that I have been called for jury duty in New York Supreme Court as of December 1, 2025. I doubt I will be selected for a jury, but in my experience, people are usually kept for three days before being fully excused. However, there is a chance I will be excused by December 2, 2025. I have already rescheduled several times so I cannot postpone it.

        As such, I am requesting that the conference scheduled for 11:30 on December 3, 2025 be adjourned to December 5, 2025, any time except between 11:00 a.m. -12:30 p.m. and until 4:45 p.m. That being said, there is still a very a slight chance I could get selected for jury service and have to request another adjournment. Alternatively, if Your Honor wishes to keep December 3, 2025 on the calendar given the chance that I might be released from jury service by then, I can contact your deputy or chambers on December 2, 2025, if I have not been excused to reschedule.

        Thank you for Your Honor's consideration of the foregoing.

                                                    Respectfully Submitted,

                                                    */s/ Elisa Hyman*
                                                    _____
                                                    Elisa Hyman, Esq.
                                                    *Counsel for the Plaintiffs*

cc: Darian Alexander

1115 BROADWAY, 12TH FLOOR                         40 WEST 24TH STREET
NEW YORK, NY 10001                               NEW YORK NY 10010

WWW.SPECIALEDLAWYER.COM