UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
M.R., *et al.*,

                                    Plaintiff,                    **ORDER**

                -against-                                    **20-cv-9631 (JHR) (JW)**

NEW YORK CITY DEPARTMENT
OF EDUCATION, *et al.*,

                                    Defendant.
------------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

        Counsel for the parties participated in an off-record discussion with the undersigned regarding the status of settlement negotiations.  The parties reported that progress is being made.  To keep the Court updated on settlement discussions, the parties are ordered to file a joint status letter, no more than two pages, on **January 5, 2026**.  The parties are to appear for a second attorney's only video conference regarding the status of settlement negotiations on **January 12, 2026 at 2:00 PM**.  The attorneys of record will receive a link to the Microsoft Teams conference via email.

        SO ORDERED.

DATED:      New York, New York
            December 8, 2025

                                        _____
                                        JENNIFER E. WILLIS
                                        United States Magistrate Judge