**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
M.R., *et al.*,

                                Plaintiff,

                -against-

NEW YORK CITY DEPARTMENT
OF EDUCATION, *et al.*,

                            Defendant.
-----------------------------------------------------------------X

**ORDER**

**20-cv-9631 (JHR) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

Counsel for the parties participated in an off-record discussion with the undersigned regarding the status of settlement negotiations on January 12, 2026. Parties are ordered to send a joint letter regarding the status of settlement discussions to the Court at WillisNYSDchambers@nysd.uscourts.gov no later than **5:00 PM on February 5, 2026**. The parties are also ordered to appear for a follow-up attorney's only video conference regarding settlement negotiations on **February 9, 2026 at 2:00 PM**. If the parties find that a video conference is no longer necessary, they should notify the Court in their joint February 5 letter. The attorneys of record will receive a link to the Microsoft Teams conference via email.

Lastly, because the parties are actively in settlement discussions, the motion for summary judgment briefing schedule is HELD IN ABEYANCE.

SO ORDERED.

DATED:     New York, New York
           January 12, 2026

*Jennifer E. Willis*

JENNIFER E. WILLIS
United States Magistrate Judge