**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

M.R., *et al.*,

                             Plaintiffs,

                -against-

NEW YORK CITY DEPARTMENT
OF EDUCATION, *et al.*,

                            Defendants.
------------------------------------------------------------------X

**ORDER**

**20-cv-9631 (JHR) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

Counsel for the parties participated in another off-record discussion with the Court regarding the status of settlement negotiations on February 9, 2026. The parties advised the Court that they are making substantial progress in finalizing their settlement agreement.

To continue this progress, the parties are ordered to send a short joint status letter, including an overview of any outstanding issues to WillisNYSDchambers@nysd.uscourts.gov by **5:00 PM on March 3, 2026**. If outstanding issues remain, the parties are ordered to individually send a more fulsome status letter outlining the remaining disputes and including their proposed language in redline to the Court's email by **5:00 PM on March 12, 2026.** The parties are then ordered to appear for a follow-up attorney's only video conference regarding

the remaining items on **March 13, 2026 at 1:00 PM**.  The attorneys of record will

receive a link to the Microsoft Teams conference via email.

      SO ORDERED.

DATED:    New York, New York
            February 9, 2026

                                     JENNIFER E. WILLIS
                                     United States Magistrate Judge