THE LAW OFFICE OF

# ELISA HYMAN, P.C.

March 12, 2026

BY ECF
Hon. Jennifer E. Willis
United States Magistrate Judge
United States Courthouse
Southern District of New York
40 Foley Square
New York, NY 10007

<div style="border: 1px solid red;">

The attorneys-only conference is now adjourned to **March 18, 2026 at 2:00 PM**. SO ORDERED.

*Jennifer E. Willis*

JENNIFER E. WILLIS
United States Magistrate Judge
March 13, 2026

</div>

Re:    *M.R. et al., v. New York City Department of Education, et al.,*
       1:20-cv-09631 (JHR)(JW)

Dear Judge Willis:

I am counsel for Plaintiffs in the above-referenced action. I write on behalf of the parties concerning the conference currently scheduled in this matter to respectfully request clarification of the conference date and, if necessary, a brief adjournment or modification of the conference time.

As discussed during the attorneys-only conference on February 9, 2026, Plaintiffs' counsel was expected to be unavailable on March 13, 2026, because she was scheduled to be out of the office that day. At that conference, the parties understood that the conference would instead be scheduled for March 17, 2026. However, later on February 9, 2026, the Court issued an order directing that the conference would be held on March 13, 2026. In reliance on that order, Plaintiffs' docketing paralegal removed the hold that had been placed on March 17, 2026. Thereafter, a hearing officer scheduled Plaintiffs' counsel to appear in another matter on March 17, 2026, from 2:00 p.m. to 4:00 p.m. The parties subsequently received a calendar invitation from the Court scheduling this conference for March 17, 2026, from 1:00 p.m. to 3:00 p.m.

Accordingly, the parties respectfully request confirmation whether the conference is scheduled for March 17, 2026, from 1:00 p.m. to 3:00 p.m., rather than on March 13, 2026. In addition, because Plaintiffs' counsel was scheduled to appear in another matter on March 17 after the March 17 hold had been removed in reliance on the Court's February 9 order, the parties respectfully request either a change in the conference time or, if the Court is amenable, that the conference be shortened from two hours to one hour, from 1:00 p.m. to 2:00 p.m.

If that is not convenient for the Court, the parties are also available on March 17, 2026, before 11:30 a.m. or after 4:30 p.m., or alternatively on March 18, 2026, from 12:00 p.m. to 4:00 p.m. If the Court would prefer one of those available time windows, the parties respectfully request that the conference be rescheduled accordingly. If none of the aforementioned times is convenient for the Court, the parties would be glad to provide additional dates.

The parties had hoped to be able to inform Your Honor that we had fully reached a settlement in principal (aside from attorney's fees) so that we would not need to make this application. However, while we are moving closer, we have not yet achieved that result.

Thank you for Your Honor's consideration of the foregoing.

Respectfully Submitted,

*/s/ Elisa Hyman*

_____
Elisa Hyman, Esq.
*Counsel for the Plaintiffs*

cc: Darian Alexander