**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
M.R., *et al.*,

        Plaintiffs,      **ORDER**

    -against-         **20-cv-9631 (JHR) (JW)**

NEW YORK CITY DEPARTMENT
OF EDUCATION, *et al.*,

        Defendants.
------------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

Counsel for the parties participated in another off-record discussion with the Court regarding the status of settlement negotiations on March 18, 2026. The parties advised the Court that they are making substantial progress in finalizing their settlement agreement. Since the March 18 discussion, the parties have been providing status updates via email. In the parties' May 1 joint letter, they notified the Court that the last remaining issue is attorneys' fees and costs, which they hope to resolve without court intervention.

To continue this progress, the parties are ordered to send a short joint status letter, including any outstanding issues, to WillisNYSDchambers@nysd.uscourts.gov by **5:00 PM on June 19, 2026**.

SO ORDERED.

DATED:  New York, New York
     May 28, 2026

          *Jennifer E. Willis*
          JENNIFER E. WILLIS
          United States Magistrate Judge